# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

JANET LYNN BILLINGS )
)
)
) Civil Action No. 13 C 3576
B & B ELECTRONICS MANUFACTURING )
COMPANY, INC. )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
Judgment is entered in favor of defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Matthew F. Kennelly on a Motion for Summary Judgment.

Date: Oct 10, 2014

Thomas G. Bruton, Clerk of Court

/S/ Pamela J. Geringer